**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| **KIMBERLY F. PETRE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No. 2:10CV00079 RWS(LMB)** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This is an action under 42 U.S.C. § 405(g) for judicial review of defendant's final decision

denying plaintiff's application for Disability Insurance Benefits under Title II of the Social

Security Act and Supplemental Security Income under Title XVI of the Act.  This cause was

referred to the undersigned United States Magistrate Judge for a Report and Recommendation

pursuant to 28 U.S.C. § 636(b).  Currently pending is Plaintiff's Motion for Leave to Voluntarily

Dismiss Complaint without Prejudice.  (Document Number 15).

In her motion, plaintiff states that thorough review of the record has resulted in a

determination by plaintiff's counsel and plaintiff that it would not be in plaintiff's best interest to

pursue her claim.  Plaintiff indicates that she has re-filed for Social Security benefits and has been

approved on a subsequent application.  Plaintiff requests that the court grant her leave to

voluntarily dismiss her Complaint without prejudice.  Plaintiff has attached as an exhibit a

statement signed by plaintiff indicating that she no longer requires the service of counsel in regard

to her Social Security disability claim.  <u>See</u> Pl's Ex. A.

The undersigned believes that it is appropriate to dismiss plaintiff's Complaint without prejudice.

Accordingly,

**IT IS HEREBY RECOMMENDED** that Plaintiff's Motion for Leave to Voluntarily Dismiss Complaint without Prejudice (Doc. No. 15) be **granted**.

The parties are advised that they have fourteen (14) days to file written objections to this Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and failure to file timely objections may result in a waiver of the right to appeal questions of fact.

Dated this   23rd   day of March, 2011.

LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE