UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KIM F. PETRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:10 CV 79 RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER OF DISMISSAL**

This matter is before me on plaintiff's motion to dismiss her case without prejudice because she has now obtained disability benefits. The Honorable Lewis M. Blanton filed a Report and Recommendation on March 23, 2011 that the motion to dismiss be granted. Because I believe that plaintiff's motion to dismiss her complaint should be granted, I will adopt the Report and Recommendation and grant the motion to dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation issued on March 23, 2011 [#16] is adopted in its entirety, plaintiff's motion to dismiss [#15] is granted, and plaintiff's complaint is dismissed without prejudice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of March, 2011.